IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN BORING | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-1640 |
| | : | |
| RIEDMAN DEVELOPMENT | : | |
| CORPORATION, et al. | : | |

# **ORDER**

AND NOW, this 25th day of July, 2025, upon consideration of Plaintiff Justin Boring's Motion to Remand, Defendant Riedman Development Corporation's response in opposition thereto, and Boring's reply, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. The Motion to Remand (ECF No. 10) is GRANTED;

2. This case is REMANDED to the Court of Common Pleas of Philadelphia County; and

3. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.